IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 01 CR 802 - 1 |
| Mario Morales,<br>    Defendant. | ) <br> ) | Judge: Kennelly |

## ORDER

Mario Morales has moved pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence, which the Court imposed in 2004. Mr. Morales's motion is based on amendments 705 and 750 to the Sentencing Guidelines, which retroactively reduced the offense levels for crimes involving crack cocaine. They do not apply to Mr. Morales, whose offense did not involve crack cocaine. Mr. Morales's motion also says that the Court erred in applying a Guidelines enhancement for possessing a firearm in connection with one of the incidents that formed the basis for his guilty plea. Section 3582(c)(2) does not authorize a sentence reduction on this basis; it applies only to retroactively-applicable Sentencing Guidelines amendments, not to alleged errors made at the time of sentencing. For these reasons, the Court denies Mr. Morales's motion (dkt. no.369).

MATTHEW F. KENNELLY
United States District Judge

Date: 2/25/2015